**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leon Bernard SPIKES, Sr.,**
**Defendant–Appellant.**

No. 09–15565
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 17, 2010.

Michelle Schieber, Macon, GA, for Plaintiff–Appellee.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Before EDMONDSON, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Leon Bernard Spikes, Sr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Spikes's conviction and sentence are **AFFIRMED**.